# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON,<br><br>                Plaintiff,<br><br>v.<br><br>TORREY CREST INC dba SUBWAY #38637, MORENA VISTA LLC, and DOES 1-10, inclusive,<br><br>                Defendant. | Case No.: 18cv0593-GPC(MDD)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>**[Dkt. No. 2.]** |

On March 21, 2018, Plaintiff, proceeding with counsel, filed a complaint asserting claims the Americans with Disabilities Act, Unruh Civil Rights Act and negligence. (Dkt. No. 1.) Along with the Complaint, Plaintiff filed a motion to proceed *in forma pauperis*. (Dkt. No. 2.)

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400.[1] See 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $50. See 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14

prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). See Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all of his or her assets, showing that he or she is unable to pay the fees. See 28 U.S.C. §1915(a).

In his Declaration, Plaintiff states he is currently unemployed and received $870 per month in disability income. (Dkt. No. 2 at 2.) He receives no other income, has no bank accounts and no real property or assets. He has monthly living expense of about $802. The Court finds that Plaintiff has sufficiently demonstrated he is unable to pay the required filing fee. Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS HEREBY ORDERED.

Dated: March 23, 2018

Hon. Gonzalo P. Curiel
United States District Judge

---

(eff. Dec. 1, 2014)). The additional $50 administrative fee does not apply to persons granted leave to proceed IFP. Id.